UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STILLWATER INSURANCE COMPANY as
subrogor of SANTA SGARLATO,
                Plaintiff,

- against -

AFFILIATED FM INSURANCE COMPANY et al.,
                Defendants.

22-cv-1080 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The summons and complaint were served on the defendant on February 18, 2022. Pursuant to Federal Rule of Civil Procedure 12(a), the time to answer was March 11, 2022.

The time to respond to the complaint is extended to **April 1, 2022**. Failure to respond to the complaint by this date could result in default judgment being entered against the defendant.

SO ORDERED.
Dated:    New York, New York
          March 17, 2022

                                      John G. Koeltl
                              United States District Judge