UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STILLWATER INSURANCE COMPANY as
subrogor of SANTA SGARLATO,                    22-cv-1080 (JGK)

                Plaintiff,            ORDER

      - against -

AFFILIATED FM INSURANCE COMPANY, et
al.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by April
22, 2022.

SO ORDERED.

Dated:    New York, New York
          April 12, 2022

                            John G. Koeltl
                   United States District Judge