UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STILLWATER INSURANCE COMPANY,

                Plaintiff,        22-cv-1080 (JGK)

    - against -                   ORDER

AFFILIATED FM INSURANCE COMPANY ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for May 10, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
           May 6, 2022

                                        John G. Koeltl
                                United States District Judge